UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 08-48-JBC

TAMI AKERS,                                                                       PLAINTIFF,

V.                               **JUDGMENT**

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,                        DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

The court, having granted the Commissioner's motion for summary judgment and having denied the plaintiff's motion for summary judgment, enters **JUDGMENT** in favor of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g).

There being no just cause for delay in its entry, this order is **FINAL** and **APPEALABLE**.

This matter is **STRICKEN** from the court's active docket.

Signed on  February 9, 2009

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY